UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lois Dare,
an individual,

Plaintiff,

vs.

Wal-Mart Stores, Inc.

Defendant.

Court File No.: 02-CV-00001 PAM/JGL

**STIPULATION TO EXTEND THE LENGTH OF TRIAL**

**WHEREAS**, Plaintiff has requested a jury trial in this matter;

**WHEREAS**, the Court issued its Pretrial Order on April 17, 2002 establishing the estimated length for trial as two days;

**WHEREAS**, counsel for the parties have discussed this issue and jointly agree that the case cannot be tried to a jury within two days;

**NOW THEREFORE**, the parties, by and through their respective counsel, hereby stipulate and agree to an Amendment of the Scheduling Order as follows:

1. This case shall be scheduled for a jury trial with an estimated length of trial of four to five days.

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Dated: 5/3/02

**SMITH, PAULSON, O'DONNELL & ASSOC., P.L.C.**

By: ______________________
Patrick M. O'Donnell, Esq. (#0190883)
207 South Walnut Street
P.O. Box 668
Monticello, MN 55362
(763) 295-2107

**ATTORNEY FOR PLAINTIFF**

Dated: 5-1-02

**BRIGGS AND MORGAN, P.A.**

By: ______________________
Jason M. Hedican (#271548)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEY FOR DEFENDANT**

**IT IS SO ORDERED.**

Dated: May 7, 2002

______________________
The Honorable Jonathan G. Lebedoff
Chief Magistrate Judge