UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lois Dare,

Plaintiff

v.

Wal-Mart Stores, Inc.,

Defendant.

Civ. No. 02-01 (PAM/RLE)

**ORDER**

---

On June 13, 2003, this Court granted in part and denied in part Defendant's motion for summary judgment. In addition, the Court gave Defendant until June 19, 2003, to file a motion for summary judgment on its affirmative defense under 42 U.S.C. § 2000e-5(2)(B). This matter comes before the Court on Defendant's Motion for a week-long extension of this Court's deadline.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**. Defendant has until June 26, 2003, to file a motion for summary judgment on its affirmative defense to damages under 42 U.S.C. § 2000e-5(2)(B); if filed, Plaintiff has until July 3, 2003 to respond to the motion; Defendant has until July 9, 2003 to reply to Plaintiff's response.

Dated: June 17, 2003

Paul A. Magnuson
United States District Court Judge

JUN 17 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK