# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

Lois Dare,

v.

Wal-Mart Stores, Inc.,

**FINAL PRETRIAL CONFERENCE NOTICE**

**Case Number Civil 02-1 PAM/RLE**

(x) TAKE NOTICE That a proceeding in this case has been scheduled for the date place and time as set forth below:

Room 730 (7th Floor)
316 North Robert Street
St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Wednesday, August 20, 2003 @ 9:30 A.M., for a Pretrial Conference.**

Dated: August 5, 2003

RICHARD SLETTEN, CLERK

Suzanne M. Ruiz, Calendar Clerk

cc: Patrick O'Donnell
Jason Hedican

AUG 0 5 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK